Troy Nevels E-11325
Name and Prisoner/Booking Number
Valley State Prison
Place of Confinement
P.O. Box 92 D1-13-1L
Mailing Address
Chowchilla, CA 93610
City, State, Zip Code

Scanned at CDCR and E-Mailed on 12-1-25 by dj (date) (initials)
Number of pages scanned: 14

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Dec 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Troy Lamar Nevels,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) B. Suazo,
(Full Name of Defendant)
(2) Lt. Juárez,
(3) Associate Warden, B. Davi,
(4) Warden, Bailey,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01688-SAB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**
JURY TRIAL DEMANDED

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______.

2. Institution/city where violation occurred: Valley State Prison / Chowchilla.

## B. DEFENDANTS

1. Name of first Defendant: B. Suazo. The first Defendant is employed as: Correctional Officer (Position and Title) at Valley State Prison (Institution).

2. Name of second Defendant: Mr. Juárez. The second Defendant is employed as: D-Facility Lieutenant/SHO (Position and Title) at Valley State Prison (Institution).

3. Name of third Defendant: B. Davi. The third Defendant is employed as: Associate Warden: Housing (Position and Title) at Valley State Prison (Institution).

4. Name of fourth Defendant: Mr. Bailey. The fourth Defendant is employed as: Warden (Position and Title) at Valley State Prison (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? ______. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: ______________ v. ______________
   2. Court and case number: ______________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______________.

b. Second prior lawsuit:
   1. Parties: ______________ v. ______________
   2. Court and case number: ______________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______________.

c. Third prior lawsuit:
   1. Parties: ______________ v. ______________
   2. Court and case number: ______________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: False incrimination/falsification of evidence (RVR-115), with ADA and veteran discrimination.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Falsified RVR/lied about me.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Despite having given me permission, on his first day in DI, to go to yard each morning, as exercise helps with my service-connected PTSD symptoms; and allowing all 2/W, DI workers to go to yard, each morning; C/O B. Suazo, wrote me up for being on the yard, during my work hours, and claimed I disobeyed his orders, to stay in the building. Video/audio evidence will prove, no such orders were ever given; and that on 6/23/25, C/O Suazo, told me I was being unassigned, that day, which I now know was false and a set-up! To further sabotage my BPH hearing, C/O Suazo, told Mental Health staff, he observed me, playing ball at yard, and socializing with others. I was in fact, at an attorney visit, at that time, and the C/O in GP-Visiting, called the Infirmary, to get my mental health appt. canceled. I was confronted by the deputy commissioner (BPH), for playing ball, rather than showing up for my appt. On 8/25/25, the dep. commissioner, commissioner, and prosecutor, accused me of dishonesty, said I refused to take accountability (which proved I pose an unreasonable risk to public safety), because they disbelieved me, about the (documented) attorney visit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Parole denied, anxiety triggered (arrhythmia, blood pressure spiked, sleep deprived), humiliation, suicidal ideation, chest pain/tightness, PTSD nightmares, lost/damaged relationships, stuck in hypervigilence.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

Troy Nevels E-11325



CLAIM I, Page 3, Section 3 Continued

On 10/13/25, between approx. 1:30 p.m. - 2 p.m., in the D1-'Cop Shop', C/O Suazo, said to ADA staff, "Whenever I see these guys without their DME (ADA vest, cane, walker, etc.), I write them up for 'SOMETHING', just to mess up their BPH hearings", which explained his motive (at least one of them) for the falsified RVR, and the lie to Mental Health staff, on 8/25/25. C/O Suazo, doesn't realize that; (a) I asked the doctor, yard C/O's, 2 lt.'s and a cpt., if I could remove the vest, to exercise/play sports, when I received it: all said, "Yes, just keep it within reach, in your waistband or pocket, so you can put it on, during alarms.", (b) we're told to use our canes, walkers, or wheelchairs, only when needed, to avoid atrophy/weakness in our leg muscles, and so the canes don't unbalance our hips. Privacy laws prohibit our doctors from telling C/O Suazo, the orders they give us; and as custody staff; C/O Suazo, is not supposed to determine that we're 'faking', if he sees us without our DME, and punishing us for it, by ensuring that we're denied parole. There is audio/video evidence, recorded by the fixed, AVSS, 360° cameras, in the D1-Dayroom. C/O Suazo, knew these falsified RVR's would be dismissed/voided, if challenged; but he knows that, by the time that happens, we'll have been denied parole, and have to wait at least 18 months, for another chance. And because of my disabilities, he thought I would not be able to try to get justice.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Due process rights violated by (RVR) hearing officer.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☒ Disciplinary proceedings
- ☐ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☐ Other: ________________
- ☐ Medical care
- ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

At my RVR hearing, I informed Lt. Juárez, that due to my recent, right eye blindness/left eye 'low vision', soon to be blind as well; that I did try playing basketball, for one last time, on 6/26/25, but that; (a) all 2/W, D1 workers, had permission to go to yard, (b) on 6/23/25, the day by which Dr. Sukhija (vision specialist), said I'd be medically unassigned; C/O Suazo, told me I was being unassigned that day, and even had me to bring someone to replace me; I pleaded with him, to examine the audio/video to prove it, and to either follow the rules of the D.O.M. (dismiss the RVR), or at least grant me due process, and make it an (undocumented) verbal counseling. He refused to consider my evidence, or investigate, and said he would reduce it to a counseling only chrono (128) - which is worse for lifers - but not dismiss it, because he didn't want it to be a waste of C/O Suazo's time, that he wrote it. A SHO, should be unbiased, to ensure justice/fairness, and that the rules are followed. Finding me guilty, just to ensure that his colleague's time wasn't wasted, and that he still achieved his goal, of sabotaging my BPH hearing, violated my due process rights, as well as my human rights. Per the D.O.M. (De-

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
By not dismissing the RVR/investigating; it kept the falsified RVR, in my file, and resulted in me being denied parole, on 10/7/25, despite the fact that I exceeded what I was told to do, to earn my freedom.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ________________

Troy Nevels E-11325



CLAIM II, Page 4, Section 3 continued

partmental Operation Manual) makes it clear that, since there had been no verbal counseling (step #1 of 'progressive discipline), due process had not been satisfied, so the RVR should have been dismissed in the interest of justice. The D.O.M. also says, the finding of guilty, must be based on documentation, to prove the allegations. I informed Lt. Juárez, the lack of (any) documentation, was because it was false: (1) no verbal counseling was noted on my bed card, (2) I'd had no unexcused absences - 'A-Days', (3) nothing in my work supervisor reports, about me disobeying orders, (4) no previous 'counseling only' chrono (step #2 of progressive discipline), because it was untrue. I then told Lt. Juárez, the dates/times of the video/audio, that makes it clear, that I was innocent, but he refused to investigate, or follow the rules. As a result, I never had a fair chance at my parole hearing.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Deliberate Indifference.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☒ Other: Deliberate indifference.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Despite having knowledge of C/O Suazo's history of falsifying and forging RVR's/other documents; for which he's been repeatedly disciplined and demoted; as well as his propensity for choosing I/P's to target, for harassment, bullying, and humiliation; Associate Warden, B. Davi, has ignored the many complaints, grievances, and pleas for help, from the incarcerated veterans, in D1, as the targets of C/O Suazo's harassment, bullying, and humiliation; as well as being the victims of his falsified RVR's. Mr. Davi, even called C/O Suazo, to tell him, that one morning, a 'mountain' of grievances, and Form-22's had 'just landed on his desk', all from D1. However, none of us received a response, and nothing was done to protect us. Warden Bailey, is also guilty of deliberate indifference, as he has also ignored our grievances, complaints and pleas. And despite the RVR's being proven falsified, as a result of the Office Of Appeals, granting our appeals/requiring VSP, to examine our requested, audio/video evidence; C/O Suazo, is still working, with/around us, free to harm us. Had.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was denied parole, my PTSD and anxiety have been triggered (3-4 times), I've been depressed, sleep deprived (nightmares), fearful, and in a constant state of hypervigilence and fear, seeing/hearing Suazo, triggers my anxiety.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ________________

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

Troy Nevels E-11325



CLAIM III, Page 5, Section 3 continued

Associate Warden Davi, and/or Warden Bailey, taken our complaints and concerns, seriously - especially given C/O Suazo's history; I would not have been denied parole, or had to be put on temporary, blood pressure medication and blood pressure checks. The mental health department, would also not be ignoring my requests for treatment, which they are now, as they believe I was playing ball, on the yard, and socializing, instead of showing up for my 8/25/25 appointment, because C/O Suazo, said I was, without realizing that I was at an attorney visit. I also would not have spent two weeks (after BPH), wanting to end my life, and seeking to purchase a lethal dose of fentanyl, on the yard. For more than a year, me and the other veterans in D1, have submitted dozens of grievances, as many, or more, Request for Interview forms, to Associate Warden Davi, and Warden Bailey. Some of our loved ones, have also left voice messages for Warden Bailey, and sent him emails; but none were ever responded to, and neither of them, checked on our safety and well-being.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am asking for $100,000,000.00, and to be granted, immediate, unsupervised release from prison. I am seeking to be free, ASAP, to begin treatment to preserve the vision that's left in my left eye, for as long as possible. Having been incarcerated since age 31 - I'll be 60 on 12/19/25 - I'm seeking relief from serving LWOP, as a non-violent 3-striker, so I can see/spend time with the few family members who haven't died. I would also like to have C/O Suazo's, retirement pension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/2025
DATE

[signature]
SIGNATURE OF PLAINTIFF

Darryl Evans (Incarcerated Person)
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.