UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TROY LAMAR NEVELS,

        Plaintiff,

    v.

B. SUAZO, et al.,

        Defendants.

No.  1:25-cv-01688-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN 30 DAYS

Doc. 7

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2025, plaintiff filed an application to proceed in forma pauperis.  Doc. 2. The assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed in forma pauperis be denied and plaintiff be ordered to pay the $405.00 filing fee.  Doc. 7.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service.  *Id.* at 3. No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations

1

to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 1, 2025, Doc. 7, are adopted in full.

2. Within **thirty (30) days** following the date of service of this order, plaintiff shall pay the full $405.00 filing fee for this action.  If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:    January 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2