UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TROY LAMAR NEVELS,

      Plaintiff,

    v.

B. SUAZO, et al.,

      Defendants.

No.  1:25-cv-01688-KES-SAB (PC)

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE

Doc. 8

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 1, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied.  Doc. 7.  On January 15, 2026, the Court adopted the findings and recommendations and ordered plaintiff to pay the $405.00 filing fee in full within thirty (30) days.  Doc. 8.  Plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice. *Id.* at 2.  Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline for him to do so has expired.  Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

///

///

1

Accordingly,

1. This action is dismissed without prejudice; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 24, 2026

_____
UNITED STATES DISTRICT JUDGE

2